**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED
MAY 0 2 2008
May 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF 

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | STEVE JACKSON | **Defendant(s):** | TOM DART, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Steve Jackson
#2006-0060297
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

08C2520
Pallmeyer
Ashman

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal (U.S. g____)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

IFP
5 copies

Citizenship of P_____ Parties (Diversity Cases Onl____
____intiff:
____endant:
____inal Proceeding
2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened

08CV2520
JUDGE PALLMEYER
MAGISTRATE JUDGE ASHMAN

☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** _A. E. Woodham_ **Date:** 04/30/2008