**FILED**

MAY  2 2008
May 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Steve Jackson
_____
Plaintiff

v.

Sheriff Tom Dart - Director Salvador Godinez
Supt. Andrews - Roshonda Carroll - V. Alexander
Mr. Mueller - Mr. Warren - Ms. Hooper - Ms. Sankey
Ms. Jackson - C/o fugate Woods
_____
Defendant(s)

08CV2520
JUDGE PALLMEYER
MAGISTRATE JUDGE  ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Steve Jackson _____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions **under penalty of perjury**:

1.  Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
    I.D. # 2008006 0297  Name of prison or jail: Cook County Dept. of Corrections
    Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: _____

2.  Are you currently employed?  ☐Yes  ☒No
    Monthly salary or wages: _____
    Name and address of employer: _____

    a.  If the answer is "No":
        Date of last employment: Aug. 2 1987 _____
        Monthly salary or wages: 1,000
        Name and address of last employer: U.S. Navy
        U.S. Naval station Charleston S.C.

    b.  Are you married?  ☐Yes  ☒No
        Spouse's monthly salary or wages: _____
        Name and address of employer: _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages  ☐Yes  ☒No
        Amount_____  Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☒No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends                  ☐Yes          ☒No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                 ☐Yes          ☒No

Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances                                  ☐Yes          ☒No
Amount_____Received by_____

f.    ☐Any other sources (state source:_____)         ☐Yes          ☒No
Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?              ☐Yes          ☒No          Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?                                           ☐Yes          ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?       ☐Yes          ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                 ☐Yes          ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents

_____          _____

_____          _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3-20-08

_____
Signature of Applicant

Steve Jackson
(Print Name)

NOTICE TO PRISONERS: A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Steve Jackson , I.D.#2006000047 , has the sum of $ 21¢ on account to his/her credit at (name of institution) CCDC . I further certify that the applicant has the following securities to his/her credit: 21¢ . I further certify that during the past six months the applicant's average monthly deposit was $ 35.00 .

(Add all deposits from all sources and then divide by number of months).

3-26-08
_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER — Crew

Crew Bowers
(Print name)

UNITED STATES DISTRICT COURT

FOR the NORTHERN DISTRICT OF ILLINOIS

CASE NO. _____

JUDGE _____

Steve Jackson
#### PLANTIFF

VS.

Tom DARt — Salvidor GODINEZ
Supt. ANDREWS - Roshonda CARROll
MR. Mueller — MR. WARREN — MR. MARTINEZ
MS. V. Alexander — MS. Hooper — MS. Jackson
MS. Sankey — C/O WOODS fugate

#### DEFENDANT

INFORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

I PLANTIFF, Steve Jackson _____ DECLARE that I'AM UNABLE TO PAY THE COST OF THESE PROCEEDINGS. AND that I AM ENTITLED TO THE RELIEF SOUGHT IN COMPLAINT/PETITION/MOTION/APPEAL.

#### IN SUPPORT OF MOTION.

1.) PLAINTIFF IS CURRENTLY INCARCERATED IN THE COOK COUNTY JAIL OF CHICAGO. ILLINOIS. At 2600 S. CALIFORNIA AVE.

2.) PLANTIFF IS NOT CURRENTLY EMPLOYED. AND HAS NOT BEEN FOR THE LAST 15 MONTHS.

Date 4·7·08

RESPECTFULLY SUBMITTED

Steve Jackson

Steve JACKSON

This form is to support my informal factors form.

I've been Discharged from the U.S. Navy since Aug 2, 1987. I've worked mostly temp services and I've worked for a moving & storage company a few week here and there. That is the reason I do not know the Dates of Employment. Also, It was years ago. Also, I worked for Reggio's Pizza for about a month in 1996. I do not Remember the Dates. Other than that, I have Not worked for more than a month since my military Days.

Thank you and God bless

Steve Jackson son

3-26-08

# TO THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

MY NAME IS STEVE JACKSON. 20060060297. I'VE BEEN INCARCERATED HERE AT THE DEPARTMENT OF CORRECTIONS OF COOK COUNTY SINCE (1-23-07) I AM CURRENTLY UNEMPLOYED I'VE BEEN UNEMP- -LOYED MY ENTIRE STAY. "I DO NOT HAVE ANY KIND OF JOB. I HAVE A FRIEND WHO CAN AFFORD TO SEND ME TEN OR SOMETIMES TWENTY DOLLARS EVERY FEW MONTHS WHEN I RECEIVE THAT I BUY SOAP AND TOOTHPASTE TO LAST UNTIL I GET LUCKY AGAIN. "MY COUNSELOR HERE AT THE COOK COUNTY DEPARTMENT OF CORRECTIONS CAN VERIFY THAT I AM INDEED UNEMPLOYED. HIS NAME IS MR. MARTINEZ. I REALLY NEED THE COURTS HELP. "I DO NOT HAVE MONEY FOR AN ATTORNEY OR ANYTHING ELSE.

I AM PRAYING THAT THE COURT WILL HELP ME. THANK YOU... AND GOD BLESS.

DATE 3-30-08

RESPECTFULLY SUBMITTED

*Steve Jackson*

STEVE JACKSON



**\*\*TRANSACTION REPORT\*\***
Print Date: 03/26/2008

| | | | |
|---|---|---|---|
| Inmate Name: | JACKSON, STEVE | Balance: | $0.21 |
| Inmate Number: | 20060060297 | | |
| Inmate DOB: | 12/16/1966 | | |

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 03/24/2008 | RETURN CREDIT | 0.17 | 0.21 |
| 03/19/2008 | ORDER DEBIT | -15.96 | 0.04 |
| 03/14/2008 | RELEASE FUNDS | -4.00 | 16.00 |
| 03/13/2008 | CREDIT | 20.00 | 20.00 |
| 03/12/2008 | ORDER DEBIT | -0.06 | 0.00 |
| 03/05/2008 | ORDER DEBIT | -19.94 | 0.06 |
| 02/29/2008 | CREDIT | 20.00 | 20.00 |
| 02/22/2008 | ORDER DEBIT | -0.03 | 0.00 |
| 01/30/2008 | ORDER DEBIT | -0.15 | 0.03 |
| 01/16/2008 | ORDER DEBIT | -0.30 | 0.18 |
| 01/09/2008 | ORDER DEBIT | -20.13 | 0.48 |
| 12/31/2007 | CREDIT | 20.00 | 20.61 |
| 12/24/2007 | ORDER DEBIT | -39.39 | 0.61 |
| 12/19/2007 | CREDIT | 40.00 | 40.00 |
| 12/19/2007 | ORDER DEBIT | -0.06 | 0.00 |
| 12/11/2007 | ORDER DEBIT | -0.34 | 0.06 |
| 12/04/2007 | ORDER DEBIT | -0.85 | 0.40 |
| 11/27/2007 | ORDER DEBIT | -28.76 | 1.25 |
| 11/20/2007 | CREDIT | 10.00 | 30.01 |
| 11/15/2007 | CREDIT | 20.00 | 20.01 |
| 10/10/2007 | ORDER DEBIT | -0.78 | 0.01 |
| 10/03/2007 | ORDER DEBIT | -19.99 | 0.79 |
| 10/01/2007 | CREDIT | 20.00 | 20.78 |
| 09/12/2007 | ORDER DEBIT | -19.23 | 0.78 |
| 09/07/2007 | CREDIT | 20.00 | 20.01 |
| 07/24/2007 | ORDER DEBIT | -20.00 | 0.01 |
| 07/23/2007 | CREDIT | 20.00 | 20.01 |
| 03/16/2007 | ORDER DEBIT | -20.88 | 0.01 |
| 03/12/2007 | CREDIT | 20.00 | 20.89 |
| 02/15/2007 | ORDER DEBIT | -8.27 | 0.89 |
| 02/08/2007 | ORDER DEBIT | -17.23 | 9.16 |
| 02/01/2007 | ORDER DEBIT | -46.61 | 26.39 |
| 01/26/2007 | CREDIT | 66.00 | 73.00 |
| 10/23/2006 | PAYROLL | 7.00 | 7.00 |
| 10/05/2006 | RELEASE DEBIT | -7.08 | 0.00 |
| 10/03/2006 | PAYROLL | 7.00 | 7.08 |
| 08/09/2006 | ORDER DEBIT | -3.92 | 0.08 |

Case 1:08-cv-02520     Document 3     Filed 05/02/2008     Page 8 of 8

08/08/2006        CREDIT                                                    4.00              4.00

© 2004 ARAMARK Corporation. All Rights Reserved