UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED

MAY 2 2008

May 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Steve Jackson
PLANTIFF

08CV2520
JUDGE PALLMEYER
MAGISTRATE JUDGE ASHMAN

VS.

Sheriff Tom Dart — Director, Salvidor Godinez
Supt. Andrews — Roshonda Carroll

DEFENDANT

## MOTION FOR APPOINTMENT OF COUNSELOR

1.) PLANTIFF DOES NOT KNOW THE LAW TO THE POINT TO REPRESENT HIMSELF IN THIS MANNER.

2.) PLANTIFF DOES NOT HAVE THE FUNDS TO HIRE A LAWYER FOR REPRESENTATION.

3.) PLANTIFF ASKS THAT THE COURT WOULD ALSO APPOINT AN INVES-TIGATOR TO HELP IN RESEARCHING DEFENDANTS CASE.

RESPECTFULLY SUBMITTED

Steve Jackson
DEFENDANT

Steve Jackson

Date 4-7-08

To the Honorable Court:

I've been writing different lawyers trying to get help. I've written more than twenty lawyers. Only a few of them have responded, but most of them haven't. The lawyers who have responded to my letters, declined to help me for various reasons. I'm hoping you will apoint me representation.

Thank you and Godbless.

Steve Jcrelson

4-11-08