UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
MAY 2 2008
May 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. _____

Steve Jackson _____

PLANTIFF

08CV2520
JUDGE PALLMEYER
MAGISTRATE JUDGE ASHMAN

VS.

DEFENDANT

Tom Dart — Salvidor Godinez
Supt. Andrews — Roshonda Carroll
Mr. Mueller — Mr. Warren — Mr. Martinez
Ms. V. Alexander — Ms. Hooper — Ms. Jackson
Ms. Sankey — C/O Woods fugate

## PETITION FOR WRIT OF HAREAS CORPUS

_____ PERSON IN STATES CUSTODY

1.) WHERE THE ~~Defendant~~ Plaintiff Steve Jackson REQUEST THAT HIS HONORABLE COURT GRANT HIS REQUEST TO APPEAR AT EACH AND EVERY COURT MEETING IN PERSON OR BY CAMERA......

_____ NOTORIZED UNDER AND BY (735 ILCS/5-1-109
UNDER PENALTY OF PERJURY,......
THIS __28__ DAY OF __March__ , 2008

RESPECTFULLY SUBMITTED

_Steve Jackson_
Steve Jackson

## Certificate of Service

I, Steve Jackson, swear under penalty of perjury that I served a copy of the attached document to Prisoner Correspondence Clerks office 219 South Dearborn street by placing it in the mail at the Cook County Jail Correctional Center on April 15, 2008

Date 4-15-08

Respectfully Submitted

*Steve Jackson*
Steve Jackson