

# United States District Court for the Northern District of Illinois

Case Number: **08 C 2520**    Assigned/Issued  By: **MB**

## FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

No. Service copies **9 Additional Copies of Complaint**   Date: **5-5-08**
*(For use by Fiscal Department Only)*

Amount Paid: ____X____    Receipt #: ____X____

Date Payment Rec'd: ____X____    Fiscal Clerk: ____X____

## ISSUANCES

☐ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (name of victim, who it's against and $ amount)

☐ Writ _____
(Type of Writ)

Original and ____ copies on ____ as to ____
(Date)

C:\wpwin80\docket\feeinfo.frm    04/10/06