# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| STEVE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2520 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Rebecca Pallmeyer |
| TOM DART, SALVADOR GODINEZ, | ) | |
| SUPT. ANDREWS, V. ALEXANDER, | ) | Magistrate Judge Ashman |
| MS. HOOPER, MS. SANKEY, | ) | |
| ROSHONDA CARROLL, MR. WARREN, | ) | |
| MR. MARTINEZ, MR. MUELLER, | ) | |
| C/O FUGATE, WOODS, MS. JACKSON, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants TOM DART, SALVADOR GODINEZ, SUPT. ANDREWS, V. ALEXANDER, MS. HOOPER, MS. SANKEY, ROSHONDA CARROLL, MR. WARREN, MR. MARTINEZ, and MR. MUELLER, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, RONALD WEIDHUNER, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. Assistant State's Attorney Ronald Weidhuner was assigned this case on July 28, 2008.

2. The Plaintiff alleges denial of access to the court.

3. That certain documents are necessary to ascertain the validity of plaintiff's claims and to prepare an answer or other pleading to Plaintiff's allegations in his complaint. These documents have been requested and will not be received for at least 30 days.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court grant an enlargement of time, up to and including September 12,

2008, for the Defendants to answer or otherwise plead;

2. That this Honorable Court grant any other relief it deems just.

    Respectfully Submitted,

    RICHARD A. DEVINE
    State's Attorney of Cook County

By:   /s/ Ronald Weidhuner 6194834
    Ronald Weidhuner
    Torts/Civil Rights Litigation Section
    500 Richard J. Daley Center
    Chicago, IL 60602
    (312) 603-5527