UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2520 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Rebecca Pallmeyer |
| TOM DART, SALVADOR GODINEZ, | ) | |
| SUPT. ANDREWS, V. ALEXANDER, | ) | Magistrate Judge Ashman |
| MS. HOOPER, MS. SANKEY, | ) | |
| ROSHONDA CARROLL, MR. WARREN, | ) | |
| MR. MARTINEZ, MR. MUELLER, | ) | |
| C/O FUGATE, WOODS, MS. JACKSON, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**   Steve Jackson Inmate # 2006-0060297
Cook County Jail
P.O. Box 089002
Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on August 4, 2008 at 8:45 a.m., I shall appear before the Honorable Rebecca R. Pallmeyer in the courtroom usually occupied by her in Room 2119 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion for Enlargement of Time.

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ Ronald Weidhuner 6194834
RONALD WEIDHUNER
Torts/Civil Rights Litigation Section
500 Richard J. Daley Center
Chicago, Il 60602
(312) 603-5527

## CERTIFICATE OF SERVICE

I, Ronald Weidhuner, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on July 29, 2008, by depositing such copy in the

United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and E-Filing.

/s/ Ronald Weidhuner 6194834