# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2520 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Steve Jackson vs. Tom Dart, et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion for enlargement of time to Answer or otherwise plead [11] granted to and including 9/12/2008. Telephone status conference set for 9/30/2008 at 8:30. Call to be initiated by counsel for Defendant.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|