MHN

Nothern District of Illinois

Steve Jackson -vs- Sheriff Thomas Dart et.al

08cv2520

Case Number 08-cv-02520

Judge Pallmeyer

FILED
8-6-2008
AUG 6 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I'm writing you because I'm not recieving any mail from you all about this case. I've recieved mail from the defendants lawyers, but the U.S. marshal's office did not send me copies of the summons of the eleven defendants. I'm sending you a copy of what the marshal's office sent me. I believe the court took C/O Fugate Woods name off the lawsuit. They didn't explain why C/O Woods Fugate name was taken off the lawsuit. Again I'm sending back to what the U.S. marshal's office sent me. The defendants have attorneys. Why does this court not appoint me an attorney. I've wrote numerous attorneys. They've all declined to help me. I need an attorney to combat my defendants.

* Also, I have other names I would like to add to the lawsuit. Can I add them to this lawsuit or do I file a new lawsuit? These new names I want to add are Cook County Law Librarians and Counselors as well.

* I've wrote to you before asking these questions, but you didn't respond back.

* Also, can you please let me know where this case stands right now. I'm hoping and praying that this case won't get thrown out of court.

* I have loads of documents to support my claim. So I'm hoping and praying that this honarable court will appoint me representation.

* Also, I did recieve a copy of the lawsuit, but I never recieved a copy of the original lawsuit I filed.

* Why did the U.S. marshal's office not send me copies of the served summons of the defendants. How am I to know who or when the defendants were served these summons.

* Once again, why did the exclude C/O Woods Fugate.

8-1-08

Steve Jackson

## Certificate of Service

I, Steve Jackson, Plaintiff, hereby certify that the attached letter was served to U.S. District Court, Prisoner correspondence on 8-1-08, by depositing such copy in the United States mail at the Cook County Department of Corrections, Chicago, Illinois bearing sufficient postage.

August 1, 2008

Steve Jackson
20060060997

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>STEVE JACKSON | COURT CASE NUMBER<br>08 C 2520 |
|---|---|
| DEFENDANT<br>SHERIFF TOM DART, ETAL. | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THOMAS DART, SHERIFF AT COOK COUNTY JAIL

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 W. Washington, Room 704, Chicago IL 60602

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

STEVE JACKSON - #2006-0060297
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, ILLINOIS 60608

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER

DATE: 06-10-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1 OF 11
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk: R.T.
Date: 06-10-08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Matt Burke, Legal Dept.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 07/15/08
Time: 10:23 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS: 1 DUSM, 1 HR, 1 mile

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00