USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>STEVE JACKSON | COURT CASE NUMBER<br>08 C 2520 |
| --- | --- |
| DEFENDANT<br>SHERIFF TOM DART, ETAL. | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SALVADOR GODINEZ, DIRECTOR AT COOK COUNTY JAIL

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2600 SOUTH CALIFORNIA AVENUE - CHICAGO, IL   60608   *Legal Dept. 2nd Flr. Div. 5*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
| --- | --- | --- |
| STEVE JACKSON - #2006-0060297<br>COOK COUNTY JAIL<br>P.O. BOX 089002<br>CHICAGO, ILLINOIS   60608 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                     Fold

| Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>06-10-08 |
| --- | --- | --- |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*<br>2 OF 11 | Total Process | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk  K.T. | Date<br>06-10-08 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Ronna Fornandis | FILED | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| --- | --- | --- |

| Address (complete only different than shown above) | | Date<br>7/21/08 | Time<br>12  ☐ am ☐ pm |
| --- | --- | --- | --- |

AUG 05 2008  RC
Aug 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of U.S. Marshal or Deputy

| Service Fee<br>48.00 | Total Mileage Charges including *endeavors*<br>6.79 | Forwarding Fee<br>0 | Total Charges<br>54.79 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>54.79 |
| --- | --- | --- | --- | --- | --- |

REMARKS:   1 DUSM   1 HOUR   14 miles

| PRINTS COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED |
| --- | --- | --- |

Form USM-285
Rev. 12/15/80
Automated 01/00